ACCEPTED
01-14-00593-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/31/2014 11:10:04 AM
CHRISTOPHER PRINE
CLERK

Case No: 01-14-00593-CR

| TONY ESCOBAR | § | IN THE COURT OF APPEALS |
| | § | |
| VS. | § | FIRST DISTRICT COURT OF APPEALS |
| | § | |
| STATE OF TEXAS | § | HOUSTON, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/31/2014 11:10:04 AM
CHRISTOPHER A. PRINE
Clerk

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Appellant, by and through the undersigned attorney, and moves this Court to enter an Order extending the time in which to file appellant's brief in the above-referenced cause and in support of same would show:

### I.

The trial court below is the 338TH District Court of Harris County, Texas. The trial court case number is 1344348. Appellant was convicted of capital murder and sentenced to Life in the Texas Department of Criminal Justice – Institutional Division.

### II.

A Motion for New Trial was filed on June 10, 2014. Pro-Se Notice of Appeal was filed on July 3, 2014. The Trial Court's Certification regarding the Defendant's Right of Appeal was signed on July 7, 2014.

### III.

The current deadline for filing Appellant's brief is December 31, 2014.

### IV.

One previous Extension of Time has been requested by the undersigned.

### V.

The undersigned is requesting an extension until February 2 , 2015.

## VI.

This request is not made for the purpose of delay, but to insure Appellant's right to appellate review in this case. The undersigned maintains an active trial and appellate caseload. During the pendency of the first extension request, the undersigned has been simultaneously researching and preparing additional appellate matters in this Court [Diamond 14-14-00244-CR] & [Nunn 14-14-00704-CR]. The undersigned also has other matters pending before this Court and the First Court of Appeals. The undersigned continues to investigate and prepare other trial court level cases, including capital murder cases in Galveston County and Harris County. The undersigned is currently involved in several grand jury investigations (state and federal) which have been time-consuming and interrupted the undersigned's schedule for other matters. The undersigned has reviewed the trial court transcript and clerk's record in this matter (including conferencing with the official court reporter concerning her notes relating to the transcript) and will need additional time to identify the points of error to be raised, conduct legal research and prepare the appellate brief in this matter.

WHEREFORE PREMISES CONSIDERED, the undersigned prays that the Court extend the due date of appellant's brief until February 2, 2015.

Respectfully submitted,

Wayne T. Hill - SBOT: 09656300
4615 Southwest Freeway, Suite 600
Houston, Texas 77027
Tel: (713) 623-8312
Fax: (713) 626-0182
wthlaw@aol.com

Attorney for Tony Escobar

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority on this 31st day of December, 2014.

Notary Public in and for the State of Texas

## CERTIFICATE OF SERVICE

A true and correct copy of Appellant's Motion for Extension of Time to File Brief

will be delivered to: The Harris County District Attorney's Office - Appellate Division,

1201 Franklin, 6th Floor, Houston, Texas 77002.

Wayne T. Hill